'08 CIV 5319

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
SK ENERGY EUROPE LTD.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SK ENERGY EUROPE LTD.,

    Plaintiff,

-against-

PROJECTOR S.A. and PROJECTOR ASIA PTE LTD.,

    Defendants.

---

08 Civ. _____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

  I, Michael J. Frevola, attorney for Plaintiff SK Energy Europe Ltd. ("SKEE"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  SKEE is a privately owned company and is not publicly traded. It is a wholly owned subsidiary of SK Energy Corporation, which is publicly traded on the Seoul Stock Exchange.

Dated: New York, New York
    June 10, 2008

           HOLLAND & KNIGHT LLP

         By: _____
           Michael J. Frevola
           Lissa D. Schaupp
           195 Broadway
           New York, NY 10007-3189
           Tel: (212) 513-3200
           Fax: (212) 385-9010

           *Attorneys for Plaintiff*
           *SK Energy Europe Ltd.*