JUDGE CROTTY

Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

08 CIV 5319

ATTORNEYS FOR PLAINTIFF
SK ENERGY EUROPE LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SK ENERGY EUROPE LTD., <br><br> Plaintiff, <br><br> -against- <br><br> PROJECTOR S.A. and PROJECTOR ASIA PTE LTD., <br><br> Defendants. | 08 Civ. _____ <br><br> **AFFIDAVIT IN** <br> **SUPPORT OF ATTACHMENT** |

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Michael J. Frevola, being duly sworn, deposes and says:

1.   I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff SK Energy Europe Ltd. ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2.   I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendants Projector S.A. and Projector Asia Pte Ltd. ("Defendants") are not listed in the telephone directory of the principal metropolitan areas in this district, nor are they it listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that Defendants are not New York business entities, nor are they foreign business entities authorized to do business in New York.

5. To the best of my information and belief, Defendants cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendants are liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, amount to a total of $38,589,474.90, including estimated interest, expenses and attorneys' fees.

7. Upon information and belief, Defendants have property, goods, chattels or effects within this jurisdiction, to wit: funds or accounts held in the name(s) of Projector S.A. and Projector Asia Pte Ltd. at one or more of the following financial institutions:

8. Upon information and belief, Defendants have goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to them, is claimed by them, is being held for them or on their behalf, or which is being transferred for their benefit, within the jurisdiction and held

in the name of Projector S.A. and/or Projector Asia Pte Ltd. at one or more of the following financial institutions:

    Bank of America, N.A.

    Bank of China

    The Bank of New York

    Citibank, N.A.

    Deutsche Bank Trust Company Americas

    HSBC Bank USA, N.A.

    JPMorgan Chase Bank, N.A.

    UBS AG

    Wachovia Bank, N.A.

    Société Générale

    Standard Chartered Bank

    BNP Paribas

    Calyon Investment Bank

    American Express Bank

    Commerzbank

    ABN Amro Bank

    Bank Leumi USA

    Banco Popular

    Bank of Tokyo-Mitsubishi UFJ Ltd.

9. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $38,589,474.90.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Michael J. Frevola

Sworn to before me this
10th day of June, 2008

_____
Notary Public

# 5392301_v1

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010

4