CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SK ENERGY EUROPE LTD.,                          :
                                                :
                                                :
                           Plaintiff,            :     08-CV-5319
                                                :
              v.                                :     **NOTICE OF**
                                                :     **APPEARANCE**
PROJECTOR S.A. and PROJECTOR ASIA PTE            :
LTD.,                                           :
                                                :
                                                :
                           Defendants.          :
------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 2, 2008

                                                CLARK, ATCHESON & REISERT
                                                Attorneys for Garnishee
                                                Societe Generale New York Branch

                              By:               /s/ Richard J. Reisert
                                                Richard J. Reisert (RR-7118)
                                                7800 River Road
                                                North Bergen, NJ 07047
                                                Tel: (201) 537-1200
                                                Fax: (201) 537-1201
                                                Email:  reisert@navlaw.com